# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1421
Lower Tribunal No. 15-13427
_____

## Gordon B. Chiu,
Appellant,

vs.

## Wells Fargo Bank, N.A., etc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Steven F. Samilow, P.A., and Steven F. Samilow (Boca Raton); Law Offices of Ramon Rubio, P.L., and Ramon Rubio (Plantation), for appellant.

Carlton Fields, P.A., and Joseph H. Lang, Jr., and Donald R. Kirk (Tampa), for appellee.


Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.